# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: BAYER HEALTHCARE LLC AND MERIAL LIMITED FLEA CONTROL PRODUCTS MARKETING AND SALES PRACTICES LITIGATION | ) Case No. 1:12 MD 2319 ) ) Judge Dan Aaron Polster ) ) **JUDGMENT ENTRY** ) ) |

**\*THIS DOCUMENT APPLIES TO ALL CASES\***

For the reasons stated in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

 /s/ Dan A. Polster     March 19, 2013
 **Dan Aaron Polster**
 **United States District Judge**